UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEONTE COTTON                                                                    CIVIL ACTION

VERSUS                                                                                     NUMBER: 20-80

WALMART, *ET AL.*                                                               SECTION: "M"(5)

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss (R. Doc. 11) is granted and that plaintiff's lawsuit is dismissed in its entirety for the reasons articulated in the Report and Recommendation.

New Orleans, Louisiana, this 12th day of May, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 17.